# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DANIEL FINERMAN and DONNA DEVINO, individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

MARRIOTT OWNERSHIP RESORTS, INC., a foreign corporation, and INTERNATIONAL CRUISE & EXCURSION GALLERY, INC., a foreign corporation,

        Defendants.

_____/

Case No.: 3:14-cv-1154-J-32MCR

## SECOND SUPPLEMENTAL DECLARATION OF JENNIFER M. KEOUGH REGARDING SETTLEMENT ADMINISTRATION

I, Jennifer M. Keough, declare and state as follows:

1. I am the Chief Executive Officer of JND Class Action Administration ("JND"). JND is a legal administration services provider with its headquarters located in Seattle, Washington. JND has extensive experience with all aspects of legal administration and has administered settlements in hundreds of class action cases.

2. JND is serving as the Settlement Administrator ("Administrator") in the above-captioned litigation ("Action") as ordered by the Court in its Order Certifying a Settlement Class, Preliminarily Approving Class Action Settlement, and Directing Notice to the Settlement Class dated February 23, 2018 ("Order"). This Declaration is based on my personal knowledge, as well as upon information provided to me by experienced JND employees, and if called upon to do so, I could and would testify competently thereto.

3. This Declaration is intended to supplement my Declaration dated June 22, 2018.

1

## NOTICE MAILING

4. Pursuant to the terms of the settlement ("Settlement"), on March 22, 2018, JND mailed the Notice via U.S. Postal Service regular mail to 20,620 Class Members. Three Class Members were sent Notice via email as the data included email addresses for those individuals, not physical mailing addresses.

5. During the course of our administration, JND has received identifying information from Class Members that has lead to the discovery of 234 duplicate Class Member records. The Notice statistics that follow correspond to the current total of 20,389 unique Class Members.

6. As of the date of this Declaration, 20,320 of 20,389 unique Class Members were mailed or emailed a Notice that was not returned as undeliverable, representing 99.7% of the total Settlement Class Members.

## SETTLEMENT WEBSITE

7. As of the date of this Declaration, www.CruiseFareSettlement.com, the Settlement Website, tracked 12,445 unique users who registered 27,390 pageviews. JND will continue to update and maintain the website throughout the settlement administration process.

## TOLL-FREE INFORMATION LINE

8. As of the date of this Declaration, the toll-free number established for this settlement, 1-866-537-9618, has received 1,320 calls, and JND associates have spoken with 775 callers who opted to speak with a live operator. JND will continue to maintain the toll-free telephone number throughout the settlement administration process.

## OBJECTIONS & REQUESTS FOR EXCLUSION

9. As of the date of this Declaration, JND has not received any exclusion requests or objections to the Settlement.

## CLAIMS RECEIVED

10. Class Members who wished to participate in the Settlement were required to submit a Claim Form postmarked or submitted electronically on or before June 20, 2018. As of the date of this Declaration, JND has received a total of 3,690 Claim Forms (3,346 Claim Forms submitted electronically and 344 Claim Forms received by mail). This number represents a

claims rate of 18.1%.  JND will continue to submit regular reports to the Parties regarding any additional claims received.

   a. <u>Approved Claims</u>: Of the total claims received, 2,487 claims were timely and complete and have been approved.  The average value of these approved claims is $491.50.

   b. <u>Denied Claims</u>: Of the total claims received, 244 claims have been denied because they were duplicates of previously submitted claims.

   c. <u>Deficient Claims</u>: Of the total claims received, eight claims are missing information and have been determined to be deficient.  On July 20, 2018, JND mailed a letter to these Class Members notifying them of the deficiency and providing them an opportunity to submit the missing information and complete their claims.  A representative copy of the letter is attached as Exhibit A.  The deadline to submit a substitute Claim Form to cure the deficiency is August 9, 2018.

   d. <u>Claims Under Review</u>: Of the total claims received, 943 claims are currently unable to be verifiably matched to Class Member records because the name and/or address information provided on the Claim Form does not match the information in the class list data.  On July 20, 2018, JND mailed a notice to all claimants with claims under review notifying them that additional information was required to assist in matching their Claim Form to a Class Member record.  A representative copy of this notice is attached as Exhibit B.  The deadline to submit the additional information requested is August 9, 2018.

   e. <u>Late Claims</u>: Eight claims were postmarked after the June 20, 2018 filing deadline.  JND is working with the parties to resolve these claims.

11. In sum, to date, valid and accepted claims were received from 12.2% of the Class (2,487/20,389). It is anticipated that a significant number of claimants with Deficient Claims and Claims Under Review will respond to cure the deficiencies in their claims and thereby increase the overall number of approved claims. JND will also continue to process any and all Claim Forms received after the deadline and will continue to submit regular reports to the Parties regarding such claims to assist in preparations for settlement remuneration.

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct. Executed on the 30th day of July 2018, at Seattle, Washington.

*/s/ Jennifer M. Keough*

Jennifer M. Keough